

ENTERED
05/04/2016

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| AO Manufacturing, LLC. | § | 16-31840-H4-11 |
| | § | |
| Debtor in Possession | § | (Chapter 11) |

### ORDER DISMISSING CHAPTER 11 CASE
(this order relates to docket no. ___7___)

UPON consideration of the United States Trustee's Expedited Motion to Dismiss with Prejudice for 180 Days, due notice and opportunity for hearing having been given to all parties, and it having been shown to the satisfaction of the Court that cause exists under 11 U.S.C. §1112(b) for the dismissal of this case,* it is hereby

**ORDERED** that this case is **DISMISSED, with prejudice for 180 days**; it is further

**ORDERED** that the Debtor, AO Manufacturing, LLC, prior to refiling any case under any Chapter of the Bankruptcy Code shall:  (a) have filed all past due Texas Franchise tax returns and paid all past due franchise taxes; (b) have obtained reinstatement of their Corporate Charter from the State of Texas; (c) have obtained the privilege to conduct sales in Texas; (d) have obtained a Certificate of Good Standing from the state of Texas; (e) have filed all past due tax returns; and (f) be in compliance with all applicable federal and state laws.  It is further

**ORDERED** that the Debtor shall pay within fourteen (14) days of the entry of this ORDER, the appropriate fees due to the United States Trustee pursuant to 28 U.S.C. § 1930 and submit an appropriate affidavit of disbursements.  Debtor's failure to pay the appropriate fees due to the United States Trustee pursuant to 28 U.S.C. § 1930 and submit an appropriate affidavit of disbursements will be treated as a contempt of this Court's Order and subject Debtor to an immediate hearing to determine if sanctions should be assessed.  The UST may seek a hearing upon default; It is further

**ORDERED** that professionals shall file fee applications within fourteen (14) days of this order and shall return to the Debtor any remaining fee retainer that has not been applied for and/or approved by the court.  Fees and/or commissions not applied for by this deadline will be denied.  It is further

**ORDERED** that the court shall retain jurisdiction to enforce the terms of this Order.

DATED: *May 4, 2016*

_____
Honorable Jeff Bohm
United States Bankruptcy Judge

\* On May 4, 2016, the Court made oral findings of fact and conclusions of law pursuant to Federal Rules of Bankruptcy Procedure 7052 and 9014. These oral findings and conclusions are incorporated into this Order as if fully set forth herein.