

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/05/2016

| | | |
|---|---|---|
| In re: | § § | |
| AO MANUFACTURING, LLC, | § § | Case No. 16-31840 |
| Debtor. | § § § | Chapter 11 |

**ORDER REQUIRING MATTHEW L. PEPPER TO APPEAR AND SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR SIGNING AND FILING THE DEBTOR'S CHAPTER 11 PETITION WHEN HE IS NOT ADMITTED TO PRACTICE LAW IN THE SOUTHERN DISTRICT OF TEXAS**
[Doc. No. 1]

On April 7, 2016, Matthew L. Pepper ("Pepper"), purporting to represent the above-referenced corporate debtor, signed and filed a Chapter 11 petition initiating this case. On May 4, 2016, this Court dismissed this case with prejudice to refiling for 180 days, and it did so for, among other reasons, Pepper's failure to properly prosecute the case and counsel his client to comply with the fundamental requirements of the Bankruptcy Code—such as filing schedules and the statement of financial affairs. Although the Court has dismissed this case, it retains jurisdiction over the issue as to what action, if any, should be taken against Pepper for signing and filing the petition initiating this case without being admitted to practice in the Southern District of Texas and without having requested permission to practice *Pro Hac Vice*. The Court issues this ruling with the knowledge that Pepper has previously been disciplined by the Supreme Court of Louisiana and the Supreme Court of Mississippi. It is therefore:

ORDERED that Pepper shall personally appear in this Court and show cause why he should not be sanctioned for signing and filing the petition initiating this case without being admitted to practice law in the Southern District of Texas; and it is further

ORDERED that the show cause hearing will be held on June 10, 2016, at 10:00 A.M., in Courtroom 600, 6th Floor, Bob Casey Federal Courthouse, 515 Rusk Street, Houston, Texas; and it is further

ORDERED that the United States Trustee shall appear at this hearing and be allowed to participate; and it is further

ORDERED that the Clerk of Court shall send a copy of this Order to Pepper via email at pepperlaw@msn.com; and it is further

ORDERED the Clerk of Court shall also send a copy of this Order to Pepper by regular first-class mail at the following address: 25211 Grogans Mill Rd., Suite 450, The Woodlands, TX 77380.

Signed on this 5th day of May, 2016.

Jeff Bohm
United States Bankruptcy Judge